**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>N. PASCUA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00104-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 22, 23) |

　　　Plaintiff Stacen Omar Outhoummountry is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed June 2, 2022.

　　　Good cause having been presented, it is HEREBY ORDERED that:

　　　1.　　The order to show cause issued on May 31, 2022 is DISCHARGED;

　　　2.　　Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: __June 3, 2022__　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1