# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>   Plaintiff,<br><br>   v.<br><br>N. PASCUA, et al.,<br><br>   Defendants. | Case No. 1:22-cv-00104-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 37) |

Plaintiff Stacen Omar Outhoummountry is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to extend the time to file a responsive pleading, filed January 23, 2022.

Good cause having been presented, it is HEREBY ORDERED that Defendants shall file a responsive pleading on or before February 3, 2023.

IT IS SO ORDERED.

Dated:   **January 23, 2023**

UNITED STATES MAGISTRATE JUDGE

1