# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. PASCUA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00104-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 41, 44) |

　　　Plaintiff Stacen Omar Outhoummountry is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On February 7, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on May 30, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 41.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

　　　On March 24, 2023, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 44.)

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for May 30, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **March 27, 2023**

UNITED STATES MAGISTRATE JUDGE

2