UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>                Plaintiff,<br><br>    v.<br><br>PASCUA, et al.,<br><br>                Defendants. | No. 1:22-cv-00104-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 47) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed July 28, 2023. Plaintiff has not filed an opposition and the time to do so has passed.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to August 28, 2023.

IT IS SO ORDERED.

Dated: **August 29, 2023**

                                      UNITED STATES MAGISTRATE JUDGE