UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>            Plaintiff,<br><br>    v.<br><br>PASCUA, et al.,<br><br>            Defendants. | No.  1:22-cv-00104-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION<br><br>(ECF No. 55) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to extend the time to file a reply to Plaintiff's opposition, filed November 29, 2023.

Good cause having been presented, it is HEREBY ORDERED that Defendants shall file a reply to Plaintiff's opposition on or before December 13, 2023.

IT IS SO ORDERED.

Dated:  **November 29, 2023**

UNITED STATES MAGISTRATE JUDGE

1