1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   STACEN OMAR                          No.  1:22-cv-00104-JLT-SAB (PC)
     OUTHOUMMOUNTRY,
11                                         ORDER SETTING EVIDENTIARY HEARING
                         Plaintiff,        TO DETERMINE DISPUTED ISSUES OF
12                                         FACT REGARDING EXHAUSTION OF THE
             v.                            ADMINISTRATIVE REMEDIES
13
     PASCUA, et al.,                       (ECF No. 62)
14
                         Defendants.
15

16          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed

17   pursuant to 42 U.S.C. § 1983.

18          On March 25, 2024, Findings and Recommendations were issued recommending

19   Defendants' exhaustion motion for summary judgment be denied and the matter be set for an

20   evidentiary hearing to determine whether the action should be dismissed, without prejudice, for

21   failure to exhaust the administrative remedies.  (ECF No. 61.)

22          On June 4, 2024, the District Judge declined to consider the Findings and

23   Recommendations until after the completion of the evidentiary hearing under Albino v. Baca, 747

24   F.3d 1162, 1166 (9th Cir. 2014).  (ECF No. 62.)

25          In order to resolve the disputes of fact, the Court sets an Albino evidentiary hearing before

26   the undersigned on **Friday, August 16, 2024, at 10:00 a.m.** in Courtroom 9.  A separate order

27   and writ of habeas corpus ad testificandum for Plaintiff will be issued in due course. The parties

28   shall arrange to bring and present their witnesses and evidence during the evidentiary hearing.

                                                   1

Any unincarcerated witnesses may appear voluntarily without further order of the Court. To the extent that the parties seek to have incarcerated witnesses appear for the evidentiary hearing, all motions for the attendance of incarcerated witnesses must be filed on or before **June 28, 2024**. The witnesses must have relevant evidence regarding the issues described above. The motion should be entitled "Motion for Attendance of Witnesses." The motion must: (1) state the name, address, and prison identification number (if any) of each witness to be called; (2) explain what relevant information each witness has, and how that witness has personal knowledge of the relevant information; and (3) state whether each such witness is willing to voluntarily testify. Any opposition to a motion for the attendance of incarcerated witnesses must be filed on or before **July 5, 2024**.

No later than **August 2, 2024**, the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing. The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation. The original and two copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Jan Nguyen no later than **August 9, 2024.** Plaintiff's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.). Defendants' exhibits must be pre-marked using letters beginning with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

IT IS SO ORDERED.

Dated:   **June 10, 2024**                                   _____

UNITED STATES MAGISTRATE JUDGE

2