UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>Plaintiff,<br><br>v.<br><br>PASCUA, et al.,<br><br>Defendants. | No. 1:22-cv-00104-JLT-SAB (PC)<br><br>ORDER GRANTING REQUEST TO CONTINUE EVIDENTIARY HEARING TO **NOVEMBER 8, 2024, AT 9:30 A.M.**<br><br>(ECF No. 65)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 64)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 11, 2024, the Court set this matter for an in-person evidentiary hearing on August 16, 2024, at 10:00 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 63.)

On July 16, 2024, the Court issued a writ of habeas corpus ad testificandum for Plaintiff's presence at the hearing. (ECF No. 64.)

On July 29, 2024, Defendants filed a request to continue the evidentiary hearing. (ECF No. 65.) On the basis of good cause, the in-person evidentiary hearing is continued from August 16, 2024, to November 8, 2024, at 9:30 a.m. before Magistrate Judge Stanley A. Boone in Courtroom 9. The Court will vacate the writ of habeas corpus ad testificandum issued on July 16,

2024, to be re-issued in due course.  In preparing this order, the Court discovered that Plaintiff is currently located at California State Prison, Corcoran, not R.J. Donovan Correctional Facility as reflected on the docket in this case.[1]

Because of the imminent proceedings in this matter, the Court will make a one-time exception and direct the Clerk of Court to change Plaintiff's address of record based on CDCR's website.  However, Plaintiff is advised that he must keep the Court appraised of any address change. See Local Rule 182(f) (all parties are "under a continuing duty" to notify the clerk of "any change of address[.]").

Accordingly, it is HEREBY ORDERED that:

1. The in-person evidentiary hearing is continued from August 16, 2024, to **November 8, 2024, at 9:30 a.m.** before Magistrate Judge Stanley A. Boone in Courtroom 9;
2. The writ of habeas corpus ad testificandum (ECF No. 64) issued on July 16, 2024, is VACATED; and
3. The Clerk of Court shall change Plaintiff's address of record to California State Prison-Corcoran and serve a copy of this order on both Plaintiff and the litigation coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated:   **August 5, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] See https://apps.cdcr.ca.gov/ciris/results?cdcrNumber=BI0775