UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>        Plaintiff,<br><br>v.<br><br>PASCUA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00104-JLT-SAB (PC)<br><br>ORDER WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE STACEN OMAR OUTHOUMMOUNTRY**, CDCR No. BI-0775<br><br>**DATE: November 8, 2024**<br>**TIME:  9:30 a.m.** |

**Inmate Stacen Omar Outhoummountry, CDCR No. BI-0775**, a necessary and material participant on his own behalf in proceedings in an evidentiary hearing on November 8, 2024, at 9:30 a.m., is confined at the California State Prison, Los Angeles County, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear <u>in person</u> at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on November 8, 2024, at 9:30 a.m. and each date thereafter until the evidentiary hearing is complete.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person, <u>along with his legal property</u>,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of California State Prison, Los Angeles County:**

      **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 8, 2024**

                                               UNITED STATES MAGISTRATE JUDGE

