# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEN OMAR OUTHOUMMOUNTRY,<br><br>Plaintiff,<br><br>v.<br><br>N. PASCUA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00104-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, STACEN OMAR OUTHOUMMOUNTRY, CDCR NO. BI-0075 |

Inmate Stacen Omar Outhoummountry, CDCR No. BI-0075, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**November 8, 2024**__

STANLEY A. BOONE
United States Magistrate Judge

1