# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STACEN OMAR OUTHOUMMOUNTRY ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:22−CV−00104−JLT−SAB** |
| **N. PASCUA , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/18/2025 .**

ENTERED:   **April 18, 2025**         /s/  **Keith Holland**
                                                        Clerk of Court